# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Florence Calman,
    Plaintiff,

MASTER FILE: 1:06-MD-1789-JFK

v.

Case No.: 01:07-CV-10953-JFK

Merck & Co., Inc. and
John/Jane Doe,

    Defendants.

---

To the clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

> Plaintiff, Florence Calman

I certify that I am admitted to practice in this court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically this 8th day of January, 2008, using the Court's CM/ECF system, which will notify all counsel of record.

_____
Timothy M. O'Brien, Florida Bar No. 055565
Levin Papantonio, et al.
316 S. Baylen Street
Sixth Floor
Pensacola, FL 32502
(850) 435-7000 phone    (850) 435-7004 fax