# UNITED STATES DISTRICT COURT

SOUTHERN          DISTRICT OF          NEW YORK

## APPEARANCE

Florence Calman,
        Plaintiff,

MASTER FILE: 1:06-MD-1789-JFK

v.

Case No.: 01:07-CV-10953-JFK

Merck & Co., Inc. and
John/Jane Doe,

        Defendants.

To the clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, Florence Calman

I certify that I am admitted to practice in this court.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically this _8th_ day of January, 2008, using the Court's CM/ECF system, which will notify all counsel of record.

Meghan M. Tans, Florida Bar No. 0888745
Levin Papantonio, et al.
316 S. Baylen Street
Sixth Floor
Pensacola, FL 32502
(850) 435-7000 phone      (850) 435-7004 fax